[No. 19575.   Department Two.   January 4, 1926.]

THE STATE OF WASHINGTON, *Respondent*, v. VERA
HOWARD, *Appellant*.[1]

[1] WITNESSES (84)—CROSS-EXAMINATION OF ACCUSED IN CRIMINAL
    CASES.   Error cannot be assigned upon the cross-examination
    of accused as to her prior conviction of a violation of the
    liquor laws, where she volunteered the statement as to having
    pleaded guilty to a prior violation.

Appeal from a judgment of the superior court for
Spokane county, Webster, J., entered March 5, 1925,
upon a trial and conviction of the unlawful possession
of intoxicating liquor.   Affirmed.

*W. C. Donovan* and *T. T. Grant,* for appellant.

*Chas. H. Leavy* and *Frank Funkhouser,* for respond-
ent.

MACKINTOSH, J.—The appellant was convicted of
having intoxicating liquor in her possession with intent
to sell, and on this appeal raises one objection to her
conviction, and that is that error was committed in
allowing her to be interrogated as to facts pertaining
to a former arrest and conviction.

[1]   The record shows that, while appellant was on
the stand, she volunteered a statement about a prior
occasion upon which she had pleaded guilty to a vio-
lation of the liquor law, and that, upon cross-exami-
nation, this prior conviction was inquired into by the
prosecuting attorney.   In this we find no error, for,
while the testimony might not have been originally
material, it having been placed in the case by the ap-
pellant herself, the door was then opened for the state

[1]Reported in 242 Pac. 21.

to cross-examine her in regard to it. *State v. Melvern,* 32 Wash. 7, 72 Pac. 489.

There being, therefore, no error in the record, the judgment must be affirmed.

TOLMAN, C. J., MAIN, MITCHELL, and PARKER, JJ., concur.